# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

8:22mj 00350-DUTY

**UNITED STATES OF AMERICA**

FID 11406230

v.

**WARRANT FOR ARREST**

**THIEN PHUC TRAN**

Case Number: 2:22-CR-00115-NR
*SEALED*

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 12 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _eva_ DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **THIEN PHUC TRAN,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition

charging him or her with (brief description of offense)

**COUNT 1: 18 U.S.C. 1349 WIRE FRAUD CONSPIRACY; COUNT 2: 18 U.S.C. 1956(h) MONEY LAUNDERING CONSPIRACY**

in violation of United States Title:Section(s)

**18 U.S.C. 1349, 18 U.S.C. 1956(h)**

Sarah M. Sewall
Name of Issuing Officer

_Sarah M. Sewall_
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

04/26/2022    SarahSewall
Date and Location

Bond to be set by U.S. Magistrate Judge.

RECEIVED
By A.G. US Marshals W-PA at 7:03 pm, Apr 26, 2022

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

5-12-22
Date Received

Special Agent Cara L. Sommerhine (?)
Name and Title of Arresting Officer

5-12-22
Date of Arrest

_[signature]_
Signature of Arresting Officer